IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON WARREN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTRON INC.,<br><br>Defendant. | NO.  1:24-cv-10213-IT |

## NOTICE OF SETTLEMENT

Plaintiff, Jason Warren by and through his counsel, provides notice that the parties have reached a settlement in principle, are preparing the settlement documents, and respectfully requests that all deadlines be stayed for 30 days pending dismissal.

Dated: April 12, 2024

*/s/ Michael Appel*
Michael Appel
Ketterer, Browne and Associates
BBO#543898
336 S. Main St.
Bel Air, MD 21014
Direct line (617) 359-4981
Michael@kbaattorneys.com

Raina C. Borrelli
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423

*Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

This hereby certifies that on this 12th day of April 2024 this document, filed through this Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper and/or electronic copy shall be served on non-registered participants pursuant to applicable rules.

*/s/ Michael Appel*

Michael Appel (BBO No. 543898)